ACCEPTED
15-25-00038-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/23/2025 8:28 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00038-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/23/2025 8:28:16 AM
CHRISTOPHER A. PRINE
Clerk

In The Court of Appeals
Fifteenth District of Texas
Austin, Texas

## UNIVERSITY OF TEXAS AT ARLINGTON

*Appellant,*

v.

## JAMES MCMERCHANT

*Appellee.*

ON APPEAL FROM THE 236th JUDICIAL DISTRICT COURT,
TARRANT COUNTY, TEXAS
TRIAL COURT CAUSE NO. 236-337930-22

## APPELLANT'S UNOPPOSED FIRST MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

**TO THE HONORABLE FIFTH COURT OF APPEALS:**

Pursuant to TEX. R. APP. P. 10.5(b)(1) and 26.3 the Appellee, James McMerchant ("Mr. McMerchant"), files this Motion to Extend Time to File Appellee's Brief and respectfully requests a twenty-one (21) day extension to file Appellee's Brief; making the deadline to file Appellants brief, July 7, 2025. Appellee states as follows:

1. Appellant filed its notice to appeal on April 2, 2025;

2. The Clerks record was filed April 14, 2025;

3. Appellant's Brief was filed on May 27, 2025; and

4. Appellee's Brief was due on June 16, 2025.

This is the first request for an extension of time to file Appellee's Brief. Counsel for Mr. McMerchant requests a twenty-one (21) day extension of time to file Appellee's Brief, making the brief due July 7, 2024. Appellant's Counsel is requesting a twenty-one (21) day extension to file the brief due to Counsel requiring additional time to research and draft but was unable to do so within the initial deadline. Appellant's Counsel had a myriad of final trials and pre-trial deadlines that required lead counsel to devote to, including but not limited to:

1. Cause. No 231-753370-24; *In the Matter of the Marriage of Burns;*

2. Cause No. 324-753365-24, *In the Matter of the Marriage of Buckley;*

3. Cause No. 067-339715-23; *Garcia v. Rodriguez.*

This request is not sought for delay but so that justice may be done.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Texas Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellant requests that this Court grant this First Motion to Extend Time to File Appellee's Brief and extend the deadline for filing the Appellee's Brief to July 7, 2025.

Appellant requests all other relief to which he may be entitled.

Respectfully Submitted,

Crocker Russell & Associates
200 W. Oak Street
Mansfield, TX 76063

/s/ Ali Crocker Russell

_____
Ali Crocker Russell
Attorney for Appellee
Bar no: 24098868
Office Phone: (817) 482-6570
Fax: (682) 232-1850
Email: ali@cralawfirm.com

## CERTIFCATE OF CONFERENCE

I certify that I conferred with Appellant's Counsel on June 9, 2025 and she represented that Appellant is unopposed.

/s/ Ali Crocker Russell

_____
Ali Crocker Russell

**CERTIFICATE OF SERVICE**

Pursuant to TEX. R. APP. P. 9.5, I certify that on June 23, 2025, a copy of this motion was electronically delivered to the following:

Brianna Krominga, Counsel for Appellant: Brianna.Krominga@oag.texas.gov

/s/ Ali Crocker Russell

_____

Ali Crocker Russell

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ali Crocker on behalf of Ali Crocker
Bar No. 24098868
ali@cralawfirm.com
Envelope ID: 102281410
Filing Code Description: Motion
Filing Description:
Status as of 6/23/2025 8:42 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ali Crocker | 24098868 | ali@cralawfirm.com | 6/23/2025 8:28:16 AM | SENT |
| karel macias | | karel.macias@oag.texas.gov | 6/23/2025 8:28:16 AM | SENT |
| Brianna Krominga | | brianna.krominga@oag.texas.gov | 6/23/2025 8:28:16 AM | SENT |